IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| Brandi Didier, as Next Friend to H.G.H., a Minor Child, | § § § | |
| Plaintiff, | § § | Civil Action No. 4:18-cv-98 |
| v. | § § | JURY DEMAND |
| FCA US LLC, | § § | |
| Defendant. | § § | |

## DECLARATION OF PAUL G. PLANTINGA

1. My name is Paul G. Plantinga. I have never been convicted of a crime involving moral turpitude, am over the age of eighteen, of sound mind, and am competent to make this Declaration. I have personal knowledge of the factual matters set forth herein.

2. I am currently employed by FCA US LLC ("FCA US") as Senior Specialist. I was employed in the same position during the month of December of 2017. Part of my job duties include receiving and reviewing documents related to product claims and lawsuits.

3. For purposes of investigating Brandi Didier's claims which are the subject of this lawsuit, FCA US generated Warranty and Owner Reports, from Vehicle Information Plus, for the particular vehicle at issue in this case (VIN 2C8GT64L53R129681). The information generated into Vehicle Information Plus is prepared by people with knowledge of the information described and is entered at or near the time of the events/information described. It is in FCA US' regular course of business to create and maintain the information contained in the Report.

**EXHIBIT 2**

4.   A true and correct copy of the Warranty and Owner Vehicle Information Plus Reports are attached to this declaration as Exhibit A.

5.   As documented in Exhibit A, the subject vehicle was sold at retail (In-Service Date) on October 11, 2002. FCA US's predecessor's involvement in the initial distribution of the vehicle to an authorized dealership for sale to the public was therefore completed by October 11, 2002 at the latest, and FCA US did not sell or distribute the vehicle after that date.

I declare, under penalty of perjury that the foregoing is true and correct.

Executed on this 20TH day of SEPTEMBER 2018.

*Paul G. Plantinga*
Paul G. Plantinga

**VIN:*** 2C8GT64L53R129681   (Enter Last Eight of VIN)   **Part Number:**
**Odometer:*** 1   **LOP:**
**Customer Name:**   (First Four of Last)   **History:** ○ Yes  ● No (Yes: All, No: Two years is default)
*- Required Field

Submit   Clear   Quick LOP

**VIN:** 2C8GT64L53R129681   **In Service Date:** October 11, 2002   **Year/Model:** 2003 CHRYSLER TOWN COUNTRY LTD AWD LWB W

**Odometer:** 1 miles   **Currency:** USD   **WCC Code:** 770   Summary Preview   Page Preview

Warnings | Coverages | Vehicle | Options | Owner | CAIR | Uconnect Status | Service Contract Offers

**STRICTLY CONFIDENTIAL:** This information is provided to DEALER, in accordance with Section 4 of DEALER's Software License, Data Exchange and Electronic Commerce Agreement with FCA US LLC. All information provided is based on entries provided by DEALER.

### Vehicle Owner Information

**Name:** [redacted]   **Preferred Name:** [redacted]
**Address:** [redacted]   **City:** [redacted]
**State/Province:** [redacted]   **Postal Code:** [redacted]
**Country:** [redacted]   **Language Preference:**
**Telephone-Home:** [redacted]   **Telephone-Business:**
**Fax:**   **Original Owner:** [redacted]

**EXHIBIT A**

**VIN:*** 2C8GT64L53R129681  (Enter Last Eight of VIN)  
**Odometer:*** 1  
**Customer Name:** _____ (First Four of Last)  
**Part Number:** _____  
**LOP:** _____  
**History:** ◯ Yes  ● No  (Yes: All, No: Two years is default)  
*\* - Required Field*

Submit    Clear    Quick LOP

---

**VIN:** 2C8GT64L53R129681    **In Service Date:** October 11, 2002    **Year/Model:** 2003 CHRYSLER TOWN COUNTRY LTD AWD LWB W

**Odometer:** 1 miles    **Currency:** USD    **WCC Code:** 770    Summary Preview    Page Preview

Warnings | **Coverages** | Vehicle | Options | Owner | CAIR | Uconnect Status | Service Contract Offers  
All Coverages | Recall | **Warranty** | Service Contract | LOP Coverage | PLX

**STRICTLY CONFIDENTIAL:** This information is provided to DEALER, in accordance with Section 4 of DEALER's Software License, Data Exchange and Electronic Commerce Agreement with FCA US LLC. All information provided is based on entries provided by DEALER.

| Warranty Coverage |
|---|
| **Warranty Warning Messages** |
| **Warnings** |
| **REFER TO SPECIFIC LOPS FOR ADDITIONAL COVERAGE AND LIMITS** |
| **\* $100 DEDUCTIBLE BEYOND 3/36 BASIC TRANSFERS: ALL OWNERS NO CHARGE \*\*2004 MY VEHICLES BUILT PRIOR TO 10/1/03(EXCLUDES DURANGO)** |
| **BASED ON TIME AND MILEAGE ENTERED - NO WARRANTY TOWING COVERAGE IS AVAILABLE.** |

| | Warranty Information | | | |
|---|---|---|---|---|
| **Type of Warranty** | **Original** | **Deductible** | **Expiration** | **Remaining** |
| BASIC WARRANTY | 36 Months or 36,000 miles | 0 | October 11, 2005 | Expired (Time) |
| POWERTRAIN WARRANTY | 84 Months or 70,000 miles | 100 | October 11, 2009 | Expired (Time) |
| CORROSION WARRANTY | 60 Months or 100,000 miles | 0 | October 11, 2007 | Expired (Time) |
| FEDERAL EMISSIONS WARRANTY | 36 Months or 36,000 miles | 0 | October 11, 2005 | Expired (Time) |
| ADJUSTMENT WARRANTY | 36 Months or 36,000 miles | 0 | October 11, 2005 | Expired (Time) |
| MAJOR EMISSION COMP WARRANTY | 96 Months or 80,000 miles | 0 | October 11, 2010 | Expired (Time) |
| (X20) XT WARR A/C COMPRESSOR | 84 Months or 70,000 miles | 0 | October 11, 2009 | Expired (Time) |

| | | Warranty Additional Information | |
|---|---|---|---|
| **WCC Code** | **Roadside Assistance** | **Towing Assistance** | **Master Shield** | **Transferable-Powertrain Warranty** |
| 770 | No | No | N/A | No |